Koyo Victorien WAWA; Emma Gouhounou Wawa, Petitioners,

v.

U.S. IMMIGRATION & NATURALIZATION SERVICE, Respondent.

No. 02–1636.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 4, 2002.

Decided Jan. 24, 2003.

Randall L. Johnson, Johnson & Associates, P.C., Arlington, Virginia, for Petitioners. Robert D. McCallum, Jr., Assistant Attorney General, Christopher C. Fuller, Senior Litigation, Brenda M. O'Malley, Office of Immigration Litigation, United States Department Of Justice, Washington, D.C., for Respondent.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Koyo Victorien Wawa and Emma Gouhounou Wawa seek review of the Board of Immigration Appeals' ("Board") decision and order denying their motion for reconsideration of its previous denial of their motion to reopen immigration proceedings.

Our review of the record discloses that the Board properly denied the motion for reconsideration and that this petition is without merit. Accordingly, we deny the petition for review on the reasoning of the Board. *See Wawa v. INS,* Nos. A70–504–283; A72–418–061 (B.I.A. May 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*